UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF THE STATE OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) Civil Action No. <br> ) 2:24-cv-00036-RWS-JCF |
| v. | ) |
| CAMERON CHEEKS, | ) |
| Defendant | ) |

## COMPLAINT

Jane Doe brings this action to recover for a brutal sexual assault committed by Defendant Cameron Cheeks. Doe was raped by Cameron Cheeks on December 5, 2022. On the day that Ms. Doe was raped, she was a prisoner of the Georgia Department of Corrections at the women's prison in Alto, Georgia. Mr. Cheeks was an employee of the Georgia Department of Corrections.

## PARTIES

1. Jane Doe is an adult citizen of the United States and a resident of the State of Georgia.

2. Cameron Cheeks is an adult citizen of the United States. He is sued in this litigation in his individual capacity. Cheeks was employed as a correctional officer by the Georgia Department of Corrections in the summer and fall of 2022, including December 5, 2022.

1

3. At all times pertinent to the claims presented by this lawsuit, Mr. Cheeks used the authority vested in him by virtue of his official status to commit the actions about which Ms. Doe complains in this lawsuit.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this case presents a federal question.

5. Upon service of process, this Court acquires personal jurisdiction over Defendants under Fed. R. Civ. P. 4(k).

6. Venue is proper in the Gainesville Division of the Northern District of Georgia under 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

7. On December 5, 2022, Plaintiff Jane Doe, was a prisoner of the Georgia Department of Corrections.

8. Plaintiff was serving a sentence at the Lee Arrendale State Prison.

9. Lee Arrendale State Prison is operated by the Georgia Department of Corrections.

10. On and before December 5, 2022, Defendant Cameron Cheeks, was employed as a Correctional Officer by the Georgia Department of Corrections at the Lee Arrendale State Prison.

11. On December 5, 2022, Doe was being housed in or near the "A" Unit of the "A" Building of the housing units of the Lee Arrendale State Prison.

12. Cheeks was assigned to that section of the prison in which Doe was housed. Other officers and employees of the Georgia Department of Corrections were in and around that section of the prison at times that Cheeks was so assigned and were in that section on December 5, 2022.

13. On December 5, 2022, Plaintiff was housed in a cell alone, without a cellmate.

14. Defendant then approached Plaintiff's cell and informed her that it was time for her shower.

15. Cheeks was not the only Correctional Officer on duty at the A Building at the time that Cheeks told Doe that it was time for her shower.

16. Further investigation and discovery will likely reflect that the other Correctional Officers frequently accompanied Cheeks as he performed his responsibilities and were on notice of the fact that, prior to December 5, 2022, Cheeks had engaged in one or more of the following actions:

   a. Cheeks verbally flirted with female prisoners;

   b. Cheeks passed notes to female prisoners expressing his sexual interest in the women;

   c. In October 2022, Cheeks raped another female prisoner;

    d.    In November 2022, Cheeks sexually assaulted another female prisoner.

17. After telling Plaintiff that it was time for her shower, Cheeks moved her to a location where he violently and forcibly raped her.

18. The violence inflicted upon Ms. Doe served no legitimate penological purpose.

19. Cheeks' sexual assault was so brutal that Doe needed to have and did receive surgery for partial uterus removal.

20. Doe suffered an internal bodily injury which required medical services in addition to the surgery. Doe has been greatly injured physically and mentally and will continue to suffer from the natural consequences of such violent misconduct.

## COUNT I
*Violation of the Eighth Amendment*

21. Defendant Cheeks' violent assault violated Ms. Doe's Eighth Amendment against cruel and unusual punishment.

## PRAYER FOR RELIEF

Plaintiff requests this Court:

a. Conduct a jury trial upon all such issues so triable;

b. Award compensatory, special and punitive damages against Defendant Cheeks in an amount to be proven at trial;

c. Award attorney's fees and costs of litigation under 42 U.S.C. § 1983;

d.  Award all other further legal or equitable relief to which Plaintiff is entitled.

This 20th day of February, 2024.

|  |  |
|---|---|
| | **Jeff Filipovits** |
| | Jeff Filipovits |
| | Georgia Bar No. 825553 |
| SPEARS & FILIPOVITS, LLC | |
| 315 W. Ponce de Leon Ave., Ste. 865 | **Wingo F. Smith** |
| Decatur, Georgia 30030 | Wingo F. Smith |
| 404-905-2225 | Georgia Bar No. 147896 |
| jeff@civil-rights.law | |
| wingo@civil-rights.law | |