# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>v.<br><br>CAMERON CHEEKS,<br><br>  Defendant. | Civil Action File No.<br>2:24-cv-00036-RWS-JCF |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Terry L. Long, counsel for defendant, CAMERON CHEEKS, and files this Notice of Withdrawal as Counsel. This withdrawal is due to counsel's departure from Lawson & Reid, LLC.

Defendant Cheeks will not be prejudiced by Ms. Long's withdrawal as he will continue to be represented by Charles E. Cox, Jr. of Charles E. Cox, Jr., LLC who has entered an appearance as defendant's counsel of record.

Respectfully submitted this 24th day of April, 2024.

        **LAWSON & REID, LLC**

        /s/ Terry L. Long
        TERRY L. LONG
        Georgia Bar No. 457460
        *Counsel for Defendant Cameron Cheeks*

602 E. 16th Avenue, Suite D
Cordele, Georgia 31015
Phone: (229) 273-4040
terry.long@lawsonreidlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true copy of the within and foregoing NOTICE OF WITHDRAWAL OF COUNSEL upon counsel of record with the clerk of court using the CM/ECF system which will automatically send email notification of such filing to the following:

| | |
|---|---|
| Jeff Filipovits<br>Wingo F. Smith<br>SPEARS & FILIPOVITS, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law<br>*Counsel for Plaintiff* | Charles E. Cox, Jr.<br>Charles E. Cox, Jr., LLC<br>Post Office Box 67<br>Macon, Georgia 31202<br>charles@cecoxjr.com<br>*Counsel for Defendant* |

This 24th day of April, 2024.

**LAWSON & REID, LLC**

/s/ Terry L. Long
TERRY L. LONG
Georgia Bar No. 457460
*Counsel for Defendant Cameron Cheeks*

602 E. 16th Avenue, Suite D
Cordele, Georgia 31015
Phone: (229) 273-4040
terry.long@lawsonreidlaw.com