UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

|  |  |  |
|---|---|---|
| JANE DOE, | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 2:24-cv-36-RWS |
| v. | ) | |
| CAMERON CHEEKS, | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that the documents listed below were served April 25, 2024 via email on Charles E. Cox, Jr. at charles@cecoxjr.com as set forth in the parties' joint preliminary report. The items served on Defendants' counsel were:

1. Plaintiff's Initial Disclosures.

This 25th day of April, 2024.

                                                    **Jeff Filipovits**
                                                   Jeff Filipovits
                                                   Bar No. 825553
                                                   jeff@civil-rights.law

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave.
Suite 865

Decatur, GA 30030
404-905-2225
Attorney for Plaintiff