# Charles E. Cox, Jr., L.L.C.

Attorney at Law
484 First Street, Suite 1
Macon, Georgia 31201

Mailing Address:
Post Office Box 67

Telephone: 478-757-2990     Macon, GA 31202-0067     Facsimile: 478-757-2991

May 8, 2024

Ms. Stacey Kemp
Courtroom Deputy Clerk
For the Honorable Richard W. Story
Judge, United States District Court
140 United States Courthouse
121 Spring Street, SE
Gainesville, GA 30501

      Re:   *Jane Doe v. Cameron Cheeks,*
              Civil No. 2:24-cv-00036-RWS-JCF

Dear Ms. Kemp:

Pursuant to Local Rule 83.1(E)(3), I am requesting a leave of absence for a professional conference/family vacation. I respectfully request that the above-referenced case not be calendared during the following dates:

- May 28, 2024 – June 6, 2024 (personal travel out of country);
- September 17, 2024 – September 20, 2024 (personal travel out of state); and
- September 23 – September 27, 2024 (professional conference out of state).

I hereby request that the above case not be calendared during this period in my absence.

                                          Sincerely,

                                          */s/ Charles E. Cox, Jr.*
                                          Charles E. Cox, Jr.

CEC/sh