UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:24-cv-36-RWS |
| v. | ) | |
| | ) | |
| CAMERON CHEEKS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO TAKE DEPOSITION OF INCARCERATED PERSON

1. Plaintiff intends to take the deposition of Defendant Cameron Cheeks who is currently incarcerated in the Habersham County jail.

2. Subject to coordination and scheduling with jail administrators and opposing counsel, Plaintiff intends to take that deposition on August 8, 2024.

3. Under Fed. R. Civ. P. 30(a)(2)(B), leave of Court is required to take the deposition of any person who is confined in prison.

4. While there is some dispute as to whether the term "prison" in Fed. R. Civ. P. 30 includes pretrial detainees, *see Blackwell v. Houser*, 2017 WL 392184, *2 n.1 (W.D.N.C. Jan. 27, 2017) (explaining that "prison" refers to a " 'state or federal facility of confinement for convicted criminals'" whereas "'persons awaiting trial'" are housed in local detention centers called

"jails"), Plaintiff's counsel's experience is that a court order greatly facilitates the process of taking the deposition of any incarcerated person regardless of whether they are incarcerated in jail or prison.

5.  Moreover, there is a possibility that Mr. Cheeks will be convicted, sentenced, and transported to prison before Plaintiff has an opportunity to take the deposition.

6.  Plaintiff therefore requests this Court enter an order permitting the deposition of Defendant Cameron Cheeks while during his incarceration.

7.  Plaintiff has provided a proposed order granting this relief.

Submitted this 31st day of July, 2024.

**Jeff Filipovits**
Jeff Filipovits
Bar No. 825553


SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225
jeff@civil-rights.law

Attorney for Plaintiff