UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:24-cv-36-RWS |
| v. | ) | |
| | ) | |
| CAMERON CHEEKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO TAKE DEPOSITION OF INCARCERATED PERSON

Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Plaintiff has filed a motion seeking leave to take the deposition of Defendant Cameron Cheeks who is currently incarcerated in the Habersham County Jail. For good cause show, Plaintiff's motion is GRANTED. Plaintiff shall be permitted to take the deposition of Cameron Cheeks while he is incarcerated in the Habersham County Jail or in any other penal institution.

IT IS SO ORDERED, this ___ day of August, 2024.

_____
**RICHARD W. STORY**
United States District Judge