# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAMERON CHEEKS,<br><br>    Defendant, | Case No.: 2:24-cv-00036-RWS-JCF |

## Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Jane Doe and Defendant Cameron Cheeks, through counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice. The parties shall bear their own costs.

This November 6, 2024.

| | |
|---|---|
| **Jeff Filipovits** | **Charles E. Cox, Jr.** |
| Georgia Bar No. 825553 | Ga. Bar No. 192305 |
| **Wingo F. Smith** | **Charles E. Cox, Jr., LLC** |
| Georgia Bar No. 147896 | 484 1st Street, Suite 1 |
| SPEARS & FILIPOVITS, LLC | Post Office Box 67 |
| 315 W. Ponce de Leon Ave., Ste. 865 | Macon, Georgia 31202-0067 |
| Decatur, GA 30030 | Telephone: (478) 757-2990 |
| (404) 905-2225 | E-mail: Charles@cecoxjr.com |
| jeff@civil-rights.law | |
| wingo@civil-rights.law | |
| **Attorneys for Plaintiff Jane Doe** | **Attorney for Cameron Cheeks** |

**CERTIFICATE OF SERVICE**

I, Wingo F. Smith, hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, who will send notification and a copy of such to all counsel of record.

This November 6, 2024.

**<u>Wingo F. Smith</u>**
Georgia Bar No. 147896
SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, GA 30030
wingo@civil-rights.law
(404) 905-2225